360 A.2d 637

COMMONWEALTH

v.

CROCE, Appellant.

Submitted April 2, 1976. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; Eric Cox, Assistant District Attorney, and William T. Nicholas, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The case is remanded to the court below to allow appellant to file a motion *nunc pro tunc* to withdraw only his guilty pleas that resulted in the judgments of sentence imposed on July 7, 1975. See *Commonwealth v. Roberts*, 237 Pa.Superior Ct. 336, 352 A.2d 140 (1975); *Commonwealth v. Zakrzewski*, 460 Pa. 528, 333 A.2d 898 (1975).